| Attorney or Party without Attorney:<br>PAUL FRAIDENBURGH, ESQ., Bar #280354<br>BUCHALTER NEMER<br>18400 VON KARMAN AVENUE<br>SUITE 800<br>IRVINE, CA 92612<br>Telephone No: (949) 224-6247        FAX No: (949) 224-6407 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Eastern District Of California | | | | | |
| Plaintiff: EZ PEDO, INC. | | | | | |
| Defendant: MAYCLIN DENTAL STUDIO, INC. | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-00731-KJM-CKD | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Plaintiff Ez Pedo, Inc.'s Corporate Disclosure Statement; Civil Cover Sheet; Order Setting Status (Pretrial Scheduling) Conference; Standing Order; Notice Of Availability Of A Magistrate Judge To Exercise Jurisdiction And Appeal Instructions; Notice Of Availability Voluntary Dispute Resolution; Stipulation To Elect Referral Of Action To Voluntary Dispute Resolution Program (Vdrp) Pursuant To Local Rule 271; Plaintiff Ez Pedo, Inc.'s Designation Of Counsel For Service; Letter Dated April 8, 2016.

3. a. Party served:           MAYCLIN DENTAL STUDIO, INC.
   b. Person served:          TODD MAYCLIN, PRESIDENT, AGENT FOR SERVICE.

4. Address where the party was served:   7505 HIGHWAY 7, SUITE 100
                                          MINNEAPOLIS, MN 55426

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Apr. 13, 2016 (2) at: 9:20AM

7. **Person Who Served Papers:**                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STACY A. STELTZNER                              d. **The Fee** for Service was:   $255.99

   First Legal
   600 W. Santa Ana Boulevard, Suite 101              e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   FAX          (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Apr. 15, 2016

   (STACY A. STELTZNER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007             PROOF OF SERVICE
                                                   SUMMONS IN A CIVIL                              f1008789.s.paufra.793508