1  Michael L. Meeks (SBN: 172000)
       mmeeks@buchalter.com
2  Paul J. Fraidenburgh (SBN: 280354)
       pfraidenburgh@buchalter.com
3  **BUCHALTER NEMER**
   A Professional Corporation
4  18400 Von Karman Avenue, Suite 800
   Irvine, CA 92612-1121
5  Telephone: (949) 760-1121
   Fax: (949) 224-6407
6
7  Attorneys for Plaintiff
   EZ PEDO, INC.
8
9  Adam P. Gislason, (SBN: 212540)
   agislsaon@lommen.com
10 **LOMMEN ABDO, P.A.**
   1000 International Centre, 920 Second Ave. S.
11 Minneapolis, MN 55402
   Telephone: (612) 336-9351
12 Facsimile: (612) 436-0496
13
   Attorneys for Mayclin Dental Studio, Inc.,
14 a Minnesota corporation, individually and
   dba Kinder Krowns, and Does 1-10
15
16                **UNITED STATES DISTRICT COURT**

17           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18 EZ PEDO, INC., a California          | Case No. 2:16-cv-00731-KJM-CKD
   corporation,
19
20              Plaintiff,
                                          **STIPULATION AND ORDER**
21       vs.                              **EXTENDING TIME TO RESPOND**
                                          **TO COMPLAINT TO ALLOW**
22 MAYCLIN DENTAL STUDIO, INC.,           **JURISDICTIONAL DISCOVERY**
   a Minnesota corporation, individually
23 and dba KINDER KROWNS; and
   DOES 1-10,
24
              Defendants.
25
26 / / /
27 / / /
28
                                    1
          STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
             COMPLAINT TO ALLOW JURISDICTIONAL DISCOVERY

Pursuant to Local Rule 144(a), all parties hereby request the Court's approval of the following stipulation extending the time for Defendant Mayclin Dental Studio, Inc. dba Kinder Krowns to file an Answer or other responsive pleading by an additional 60 days to allow the Plaintiff to conduct jurisdictional discovery:

**STIPULATION**

WHEREAS, Defendant's responsive pleading is currently due on May 18, 2016;

WHEREAS, the parties previously stipulated to a 14-day extension allowing Defendant to file its responsive pleading by May 18, 2016;

WHEREAS, Defendant has indicated its intent to file a motion challenging personal jurisdiction and Plaintiff has requested the opportunity to take preliminary discovery limited to the issue of personal jurisdiction over Defendant in California;

WHEREAS, on May 13, 2016, counsel for the parties had a meet and confer to discuss the bases for and points of conflict of Defendant's motion;

WHEREAS, good cause exists for the Court to approve this stipulation so that the Court and all parties can benefit from the jurisdictional discovery prior to briefing or ruling on Defendant's proposed motion challenging personal jurisdiction;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

(1)     The time for Defendant Mayclin Dental Studio, Inc. dba Kinder Krowns to file an answer or other responsive pleading shall be extended by an additional 65 days, with the new deadline to file a responsive pleading set for July 22, 2016;

(2)     Plaintiff shall be entitled to conduct expedited written and deposition discovery related to the following issues:

a.      Defendant's sales in California;

b.      Defendant's advertising and marketing activities in California or

2

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT TO ALLOW JURISDICTIONAL DISCOVERY

1    directed at California;

2    c.    Defendant's presence in California including for example

3           attendance at trade shows, conferences, and other marketing

4           events in California;

5    d.    Defendant's website activity including sales, marketing, and

6           whether it has been accessed from California-based IP

7           addresses;

8    e.    Defendant's shipments to California, including shipments of

9           products, samples, promotional materials, or any other items;

10   f.    Defendant's business dealings with other persons or companies

11          located in California;

12   g.    Defendant's business relationships and agreements with

13          distributors or sales representatives offering or marketing

14          Defendant's products in California;

15   h.    Defendant's knowledge that Plaintiff is a California-based

16          company; and

17   i.    Defendant's employees' or officers' physical appearances in

18          California for any business purpose.

19   (3)   All confidential, financial and proprietary information of Defendant

20          shall be subject to a stipulated protective order to be entered into by

21          the parties pursuant to Local Rule 141.1 and 143;

22   (4)   The following expedited discovery response deadlines shall apply to

23          Plaintiff's jurisdictional discovery:

24   a.    Plaintiff's written discovery shall consist of no more than ten

25          (10) requests for production of documents, ten (10) requests for

26          admission and ten (10) interrogatories, which shall be served no

27          later than fourteen (14) days after the filing of the Court's Order

28

3

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT TO ALLOW JURISDICTIONAL DISCOVERY

1    approving this Stipulation;

2         b.    As to requests for production of documents, without waiver of

3              Defendant's rights to object and/or assert privileges, Defendant

4              shall serve written responses and responsive documents on

5              Plaintiff within 21 days of receiving Plaintiff's requests for

6              production;

7         c.    As to requests for admission and interrogatories, without waiver

8              of Defendant's rights to object and/or assert privileges,

9              Defendant shall serve responses on Plaintiff within 14 days of

10             receiving requests for admission and interrogatories.

11        d.    The parties stipulate to accept service of the aforementioned

12             discovery requests and discovery responses by email.

13   (5)   Within 14 days of the date of the Court's approval of this Stipulation,

14         Plaintiff will serve a deposition notice on Defendant and Defendant

15         will produce its person most qualified to testify as to the jurisdictional

16         issues outlined above at a mutually agreeable date and time, in

17         Minneapolis, Minnesota, no later than July 18, 2016.

18   (6)   Nothing in this Stipulation shall be construed as a waiver of any claim

19         or defense by any party to this case.

20   (7)   This Stipulation shall become effective only upon the filing of the

21         Court's Order approving this Stipulation.

22   So stipulated.

23

24   DATED:  May 16, 2016          BUCHALTER NEMER

25                                 A Professional Corporation

26

27
                                  4

28   STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
    COMPLAINT TO ALLOW JURISDICTIONAL DISCOVERY

By:  /s/ Paul J. Fraidenburgh
PAUL J. FRAIDENBURGH

Attorneys for Plaintiff
EZ PEDO, INC.

Dated:  May 16, 2016          LOMMEN ABDO, P.A.


/s/ Adam P. Gislason
Adam P. Gislason
(As authorized in writing on 5/16/16.)

*ATTORNEYS FOR DEFENDANT
MAYCLIN DENTAL STUDIO, INC.
DBA KINDER KROWNS*


## ORDER

Good cause appearing, the court GRANTS the parties' stipulation to extend the deadline to respond to the complaint to July 22, 2016 to allow jurisdictional discovery as provided for by the parties' stipulation above.

IT IS SO ORDERED.

Dated:  May 18, 2016


_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT TO ALLOW JURISDICTIONAL DISCOVERY

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 20772709v1