Michael L. Meeks (SBN: 172000)
  mmeeks@buchalter.com
Paul J. Fraidenburgh (SBN: 280354)
  pfraidenburgh@buchalter.com
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-1121
Telephone: (949) 760-1121
Fax: (949) 224-6407

Attorneys for Plaintiff
EZ PEDO, INC.


Adam P. Gislason, (SBN: 212540)
  agislsaon@lommen.com
**LOMMEN ABDO, P.A.**
1000 International Centre, 920 Second Ave. S.
Minneapolis, MN 55402
Telephone: (612) 336-9351
Facsimile: (612) 436-0496

Attorneys for Mayclin Dental Studio, Inc.,
a Minnesota corporation, individually and
dba Kinder Krowns, and Does 1-10

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ PEDO, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MAYCLIN DENTAL STUDIO, INC., a Minnesota corporation, individually and dba KINDER KROWNS; and DOES 1-10,<br><br>  Defendants. | Case No. 2:16-cv-00731-KJM-CKD<br><br>**JOINT REQUEST FOR COURT APPROVAL OF STIPULATION AMENDING THE PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE; ORDER THEREON** |

///

///

1

JOINT REQUEST FOR COURT APPROVAL OF STIPULATION AMENDING
THE PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY
DEADLINE; ORDER THEREON

BN 27587806v1

Pursuant to Local Rule 143, all parties hereby request the Court's approval of the following stipulation amending the Amended Scheduling Order (Dkt. 24) to modify the discovery deadline as stated below:

**STIPULATION**

WHEREAS, the Pretrial Scheduling Order states that the deadline for the completion of discovery, other than expert discovery, is January 30, 2017;

WHEREAS, the Court previously amended the scheduling order to extend expert discovery to March 1, 2017;

WHEREAS, the parties are engaged in ongoing efforts to meet and confer on discovery issues to avoid the need for discovery motions and these efforts will be promoted by amending the discovery deadline to match the expert discovery deadline on March 1, 2017;

WHEREAS, good cause exists for the Court to approve this stipulation so that the parties have adequate time to complete discovery and resolve any discovery disputes (with the mutual goal of resolving such disputes out of court);

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

(1) Section IV of the Amended Pretrial Scheduling Order (Dkt. 24) is amended to extend the time for the completion of discovery to March 1, 2017;

(2) This Stipulation shall become effective only upon the filing of the Court's Order approving this Stipulation (or an amended Scheduling Order).

So stipulated.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

2
REQUEST FOR COURT APPROVAL OF STIPULATION AMENDING THE PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE
BN 27587806v1

| | | |
|---|---|---|
| DATED: December 27, 2016 | | BUCHALTER NEMER<br>A Professional Corporation |

By: /s/ Paul J. Fraidenburgh
　　　PAUL J. FRAIDENBURGH

Attorneys for Plaintiff
EZ PEDO, INC.

Dated: December 27, 2016　　　　　　LOMMEN ABDO, P.A.

/s/ Adam Gislason
ADAM GISLASON
(As authorized in writing on December 27,2016.)

*ATTORNEYS FOR DEFENDANT*
*MAYCLIN DENTAL STUDIO, INC.*
*DBA KINDER KROWNS*

IT IS SO ORDERED.

Dated: January 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

3
REQUEST FOR COURT APPROVAL OF STIPULATION AMENDING THE PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE
BN 27587806v1