Michael L. Meeks (SBN: 172000)
    mmeeks@buchalter.com
Paul J. Fraidenburgh (SBN: 280354)
    pfraidenburgh@buchalter.com
**BUCHALTER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-1121
Telephone: (949) 760-1121
Fax: (949) 224-6407

Attorneys for Plaintiff
EZ PEDO, INC.

Adam P. Gislason, (SBN: 212540)
    agislason@foxrothschild.com
Timothy C. Matson (Pro Hac Vice)
    tmatson@foxrothschild.com
**FOX ROTHSCHILD LLP**
Campbell Mithun Tower
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402-3338
Telephone: 612.607.7060
Facsimile: 612.607.7100

Attorneys for Defendant MAYCLIN DENTAL STUDIO, INC., a Minnesota corporation, individually and dba KINDER KROWNS
Attorneys for Mayclin Dental Studio, Inc., a Minnesota corporation, individually and dba Kinder Krowns, and Does 1-10

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ PEDO, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYCLIN DENTAL STUDIO, INC., a Minnesota corporation, individually and dba KINDER KROWNS; and DOES 1-10,<br><br>    Defendants. | Case No. 2:16-cv-00731-KJM-CKD<br><br>**JOINT REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE IN LIGHT OF ONGOING EXPERT DISCOVERY** |

Pursuant to Local Rule 143, all parties hereby request the Court's approval of the following stipulation to reschedule the Settlement Conference currently set for January 20, 2017 to March 10, 2017.

## STIPULATION

WHEREAS, on November 9, 2016 the Pretrial Scheduling Order was amended to extend expert discovery to March 1, 2017 (Dkt. 24);

WHEREAS, on January 5, 2017, the time for the completion of all other discovery was extended to March 1, 2017 (Dkt. 27);

WHEREAS, a Settlement Conference is currently scheduled for January 20, 2017 at 9:30 a.m. in Courtroom 24 pursuant to this Court's Minute Order (Dkt. 21);

WHEREAS, the parties desire to reschedule the Settlement Conference to March 24, 2017 so that discovery and expert reports may be completed prior to the Settlement Conference;

WHEREAS, good cause exists for the Court to approve this stipulation so that the parties can meaningfully participate in settlement discussions with completed discovery and expert reports;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

(1)   The Settlement Conference currently scheduled for January 20, 2017 at 9:30 a.m. in Courtroom 24 shall be continued to March 24, 2017;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

    (2)    This Stipulation shall become effective only upon the filing of the Court's Order approving this Stipulation.

So stipulated.

DATED:  January 13, 2017

BUCHALTER
A Professional Corporation

By:  /s/ Paul J. Fraidenburgh
       PAUL J. FRAIDENBURGH

Attorneys for Plaintiff
EZ PEDO, INC.

DATED:  January 13, 2017

FOX ROTHSCHILD LLP

/s/ Adam Gislason
ADAM GISLASON
(As authorized in writing on January 13, 2017.)

*ATTORNEYS FOR DEFENDANT MAYCLIN DENTAL STUDIO, INC. DBA KINDER KROWNS*

IT IS SO ORDERED.

Dated:  January 17, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE