# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ PEDO, INC., a California corporation, | Case No. 2:16-cv-00731-KJM-CKD |
| Plaintiff, | |
| vs. | **ORDER** |
| MAYCLIN DENTAL STUDIO, INC., a Minnesota corporation, individually and dba KINDER KROWNS; and DOES 1-10, | |
| Defendants. | |

Pursuant to Local Rule 143, all parties hereby request the Court's approval of the following stipulation amending the Amended Status (Pretrial Scheduling) Order (Dkt. 24)[hereinafter "Amended Pretrial Scheduling Order"], as previously amended by to modify the expert disclosure and report deadlines as stated below:

**STIPULATION**

WHEREAS, the parties have timely served expert designations and initial expert reports pursuant to the deadlines set forth in the Amended Pretrial Scheduling Order;

WHEREAS, the Amended Pretrial Scheduling Order states that all expert discovery shall be completed by March 1, 2017;

1

JOINT REQUEST FOR COURT APPROVAL OF STIPULATION AMENDING THE
PRETRIAL SCHEDULING ORDER TO EXTEND EXPERT DEADLINES

44474079.v1

1       WHEREAS, the deadline for completing fact was extended to March 1, 2017 by
2  Court Order (Dkt. 27);

3       WHEREAS, the parties, counsel and third-party witness are working cooperatively
4  to complete discovery, including taking several depositions scheduled in the last few
5  weeks of February;

6       WHEREAS, due to the witnesses' and counsel's schedules, the parties' respective
7  experts will not receive pertinent factual information necessary for their respective
8  supplemental expert reports until March 1, 2017;

9       WHEREAS, one of Plaintiff's employees with knowledge of material facts, Jeff
10 Fisher, is not available for deposition until after March 1, 2017;

11      Defendant's rebuttal expert, Joseph Kenyon, is not available for deposition until
12 after March 1, 2017 due to court deadlines in two other lawsuits;

13      WHEREAS, by Court Order (Dkt. #33), the Settlement Conference was continued
14 from January 17, 2017 to March 24, 2017;

15      WHEREAS, good cause exists for the Court to approve this stipulation so that the
16 parties have adequate time to complete expert discovery and be prepared for the
17 settlement conference scheduled for March 24, 2017;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

(1) Defendant is permitted to take the deposition of Jeff Fisher after March 1, 2017 and prior to March 10, 2017 at a time and place mutually agreeable to the parties;

(2) Section VI of the Amended Pretrial Scheduling Order (Dkt. #24 ) is Amended to extend the time for completion of expert discovery by March 10, 2017;

(3) The parties shall file and serve supplemental expert reports as follows:
- Plaintiff:   March 3, 2017; and
- Defendant:   March 7, 2017.

(4) This Stipulation shall become effective only upon the filing of the Court's Order approving this Stipulation.

So stipulated.

Dated: February 16, 2017          FOX ROTHSCHILD, LLP.

/s/  Adam P. Gislason
Adam P. Gislason
Timothy C. Matson

*ATTORNEYS FOR DEFENDANT*
*MAYCLIN DENTAL STUDIO, INC.*
*DBA KINDER KROWNS*

DATED: February 16, 2017          BUCHALTER
A Professional Corporation

By:  /s/ Paul J. Fraidenburgh
PAUL J. FRAIDENBURGH
(As authorized in writing on 2/13/2017.)

Attorneys for Plaintiff
EZ PEDO, INC.

The requested changes to expert discovery deadlines are approved. All other provisions of the pretrial scheduling order remain in effect.

IT IS SO ORDERED.

Dated: February 28, 2017

_____
UNITED STATES DISTRICT JUDGE