Michael L. Meeks (SBN: 172000)
    mmeeks@buchalter.com
Paul J. Fraidenburgh (SBN: 280354)
    pfraidenburgh@buchalter.com
**BUCHALTER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-1121
Telephone: (949) 760-1121
Fax: (949) 224-6407

Attorneys for Plaintiff
EZ PEDO, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ PEDO, INC., a California corporation, | Case No. 2:16-cv-00731-KJM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| MAYCLIN DENTAL STUDIO, INC., a Minnesota corporation, individually and dba KINDER KROWNS; and DOES 1-10, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 36212938v1

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorney's fees and costs.

DATED:  April 22, 2019          BUCHALTER
                                A Professional Corporation


                                By:  /s/ Paul J. Fraidenburgh
                                        PAUL J. FRAIDENBURGH

                                   Attorneys for Plaintiff
                                   EZ PEDO, INC.

DATED:  April 22, 2019          FOX ROTHSCHILD LLP



                                By:  /s/ Timothy C. Matson
                                (*as authorized on April 22, 2019*)
                                        TIMOTHY C. MATSON

                                   Attorneys for Defendant
                                   MAYCLIN DENTAL STUDIO, INC.,
                                   a Minnesota corporation, individually
                                   and dba KINDER KROWNS

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  July 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

BUCHALTER
A Professional Corporation
IRVINE
BN 36212938v1